UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.  CR05-5349 |
| v. ) | |
| ) | |
| REGINO GUTIERREZ, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:

  Willful Failure to Appear in violation of 18 U.S.C. § 3146.

<u>Date of Detention Hearing</u>:    May 23, 2006.

  The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

  <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

  (1) A criminal background check reveals that defendant has several prior offenses and convictions.

  (2) Defendant has a history of eleven (11) prior failures to appear in Court.

  (3) Defendant has stipulated to detention reserving the right to contest his continued detention if there is a material change in circumstances.

  (4) There appear to be no conditions or combination of conditions other than detention that will reasonably assure the defendant's appearance at future Court hearings.

DETENTION ORDER  15.13
18 U.S.C. § 3142(i)  Rev. 1/91
PAGE 1

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 24th day of May, 2006.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge